## CRAIG'S APPEAL.

APPEAL from the Orphans' Court of *Philadelphia county.*

The opinion of the court was delivered, March 11th 1861, by

STRONG, J.—What has been said in Woodward's Appeal disposes of this case, if it be properly here. But the appellant has no interest in the controversy. He is a mere stakeholder, and to him it is a matter of indifference whether the money in his hands goes in discharge of the mortgage, or directly to the administrator of Mrs. Davis. The appeal is therefore dismissed with costs.